STATE OF MONTANA,

Plaintiff,                                          NO. DC-90-011

VS.                                                      DECISION

JAMES ALLEN,

Defendant.

On April 6, 1992, the Defendant was sentenced to life at the Montana State Prison for Deliberate Homicide. It is further ordered that the defendant be ineligible for any parole or participation in any supervised release program as he is a danger to society and shall be designated as a dangerous offender.

On March 11, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was represented by Gary Ryder, Deputy County Attorney from Richland County.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall remain the same as originally imposed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 11th day of March, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. John Warner, and
Hon. James Purcell, Judges**

The Sentence Review Board wishes to thank Mr. Allen for his appearing on his own behalf. The Board also wishes to thank Gary Ryder for appearing on behalf of the State of Montana.